Schreckengost, Appellant, *v.* Kraft.

Argued October 2, 1964. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert M. Dale,* with him *J. G. McGill,* and *Dale and Woodard,* for appellants.

*Leo M. Brewster,* for appellee.

OPINION PER CURIAM, November 10, 1964:
The opinion of President Judge BREENE adequately covers the issue in this case.

Judgments affirmed.

Mr. Justice EAGEN dissents.